## Commonwealth v. Barrows, Appellant.

Submitted April 14, 1969. *Daniel L. R. Miller,* for appellant; *Joseph C. Barber,* Assistant District Attorney, and *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.